UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL LENDING SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00151-RFB-NJK<br><br>**ORDER** |

　　　　On March 13, 2023, the Clerk's Office instructed the parties to file their certificates of interested parties no later than March 20, 2023. Docket No. 17. On March 20, 2023, the Clerk's Office again instructed the parties to file their certificates of interested parties no later than March 27, 2023. Docket No. 20. To date, no parties have filed a certificate of interested parties. *See* Docket.

　　　　Accordingly, the parties are **ORDERED** to file their certificates of interested parties no later than March 27, 2023. **Failure to comply with this order may result in sanctions, up to and including a recommendation to the District Judge that this case be dismissed.**

　　　　IT IS SO ORDERED.

　　　　Dated: March 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1