# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL LENDING SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 2:23-cv-00151-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 12, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1