# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| RODNEY MOTT,<br><br>　　　Plaintiff,<br><br>v.<br><br>TOTAL LENDING SOLUTIONS, INC., *et al.*,<br><br>　　　Defendants. | Case No. 2:23-cv-00151-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 48, 50] |

On October 18, 2023, the Court denied Plaintiff's motion for judicial notice.  Docket No. 46.  Pending before the Court are Plaintiff's duplicative motions for reconsideration of that order. Docket Nos. 48, 50.[1]  Defendants did not file a response.  *See* Docket.  The motions are properly resolved without a hearing.  *See* Local Rule 78-1.  For the reasons discussed below, the motions are **DENIED**.

"Reconsideration is an extraordinary remedy, to be used sparingly."  *Koninklijke Philips Elecs. N.V. v. KXD Tech., Inc.*, 245 F.R.D. 470, 472 (D. Nev. 2007) (citation and internal quotations omitted).  Motions for reconsideration are disfavored.  Local Rule 59-1(b).  The Local Rules provide the applicable standards in addressing whether the Court should reconsider an interlocutory order, indicating that reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the Court committed clear error or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law.  Local Rule 59-1(a).  "A movant must not repeat arguments already presented unless (and only to the extent) necessary to explain controlling, intervening law or to argue new facts."  Local 59-1(b).

---

[1] The Court construes *pro se* filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

Plaintiff has not established grounds for reconsideration.  Plaintiff does not address the relevant legal standards for reconsideration and, instead, repeats arguments already presented in his initial motion for judicial notice.  *See* Docket Nos. 48, 50.

Accordingly, Plaintiff's motions for reconsideration are **DENIED**. Docket Nos. 48, 50.

IT IS SO ORDERED.

Dated: November 8, 2023

_____
Nancy J. Koppe
United States Magistrate Judge